# UNITED STATES DISTRICT COURT
## Western District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA <br> V. <br> ASHLEY SMITH | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** - Short Form <br> CASE NUMBER: DVAW716PO000101-001 <br> CASE NUMBER: <br> USM NUMBER: <br> WAIVED <br> Defendant's Attorney |

**THE DEFENDANT:**

☒   THE DEFENDANT pleaded guilty to count(s)   1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.14(b) | Passenger in vehicle with an open container | 2/7/2016 | 1 |

☐ Count(s) _____

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** | $ 10.00 | $ 100.00 | $ 25.00 |

It is further ordered that the assessment and fine shall be paid in full within 30 days.

Defendant's Soc. Sec. No.:   3987
Defendant's Date of Birth:   1991

Defendant's Residence Address:
Roanoke, VA

Defendant's Mailing Address:
Roanoke, VA

4/21/2016
Date of Imposition of Judgment

*Robert S. Ballou*
Signature of Judge

Robert S. Ballou, United States Magistrate Judge
Name and Title of Judge

May 12, 2016
Date